

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LAZARO REYES CIGUERO, | § | |
| Individually and on behalf of the Estate of | | No. 08-13-00075-CV |
| JESUS REYES RICARDEZ, Deceased, | § | |
| | | Appeal from the |
| Appellant, | § | |
| | | 243rd District Court |
| v. | § | |
| | | of El Paso County, Texas |
| JOSE LARA, | § | |
| | | (TC# 2011-2162) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant, and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Larsen, Senior Judge
Larsen, Senior Judge Sitting by Assignment